Matthew B. Cramer
Name and Prisoner/Booking Number

BA2144
Place of Confinement

P.O. Box 5004
Mailing Address

Delano, CA 93216
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Matthew B Cramer,
(Full Name of Plaintiff)                Plaintiff,

v.

(1) Chief Barry Jones,
(Full Name of Defendant)

(2) Chief Jason Salazar,

(3) OFFICER BRIAN Young,

(4) OFFICER Mckeween,
                        Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

(5) R & R Towing et al.,

CASE NO. 1:19-cv-161 DAD-SKO
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

RECEIVED

### A. JURISDICTION

JAN 24 2019

1. This Court has jurisdiction over this action pursuant to:
☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 988 (1971)
☐ Other: _____

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

2. Institution/city where violation occurred: ∅

Scanned at CDCR and E-Mailed.
on 2|5|2019 by J·K
     (date)      (initials)
Number of pages scanned:
39

* PLEASE RETURN FILED Copy

(ORIGINAL)

## B. DEFENDANTS

1. Name of first Defendant: **BARRY Jones**. The first Defendant is employed as:
   **CHIEF OF POLICE** at **TULARE CITY, CA**
   (Position and Title)                         (Institution)

2. Name of second Defendant: **JASON SALAZAR**. The second Defendant is employed as:
   **CHIEF OF POLICE** at **VISALIA CITY, POLICE DEPT.**
   (Position and Title)                         (Institution)

3. Name of third Defendant: **BRIAN Young**. The third Defendant is employed as:
   **POLICE OFFICER** at **CITY OF VISALIA, CA**.
   (Position and Title)                         (Institution)

4. Name of fourth Defendant: **OFFICER Mckewson**. The fourth Defendant is employed as:
   **POLICE OFFICER** at **CITY OF VISALIA, CA**
   (Position and Title)                         (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?     ☒ Yes     ☐ No

2. If yes, how many lawsuits have you filed? **4**. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: **CRAMER** v. **CA. DEPT. OF Corrections**
      2. Court and case number: **99-1605 LKK GGH**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)
         **ADjudicated 9TH CIR / OFFICER PROSECUTED**

   b. Second prior lawsuit:
      1. Parties: **CRAMER** v. **TARGET Corp**
      2. Court and case number: **?**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **LOST IN**
         **SUMMary**

   c. Third prior lawsuit:
      1. Parties: **Cramer** v. **KUSHNER**
      2. Court and case number: **01-2193 LKK - GGH**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)
         **DISMISSED W/O PREjuDICE.**

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

Scanned at CDCR and E-Mailed
on _2/5/2019_ by _J.K_
(date)        (initials)
Number of pages scanned:
_39_

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: _USC 42 1983, Color of Authority; ABUSE of Authority_

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☒ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☒ Excessive force by an officer
   - ☒ Threat to safety
   - ☒ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   _* NOTE * DUE TO RECENT FULL BLOWN Arrests of VISALIA DEPT. DETECTIVES SHAWE LOGAN, + BRIAN FERREIRA, PLAINTIFF MATHEW CRAMER IS IN FEAR OF HIS LIFE DUE TO HIS NAMING OF OTHER VPD OFFICERS OF FELLOW CO-HORT EMPLOYEES IN LIEU OF THE NOW CRIMINAL INDICTMENTS OF OFFICERS FACING TRIAL + ARRESTS_

   _PLAINTIFF HAS TAPED CONVERSATIONS OF OFFICERS IN HARRASSING PLAINTIFF AND LITERAL SET UP OF OFFICERS THEFTS + HARRASSMENT, ABUSE OF AUTHORITY + COLOR OF AUTHORITY_

   _* ONCE THIS CASE IS NOTED PLAINTIFFS' LIFE WILL BE IN DANGER, PLAINTIFF IS EXPOSING OFFICERS CORRUPTION_

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   _(1) VIOLATION OF DUE PROCESS (2) LOSS OF 2 guns (3) STOLEN PROPERTY; CASH._

5. **Administrative Remedies:**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No

   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No

   c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _I HAVE LITERAL 10'S OF HANDWRITTEN COMP- LAINTS TO ALL W/NO RESPONSE ALSO ATTACHED_

Scanned at CDCR and E-Mailed

3

on _2/5/2019_ by _J.K_

(date)          (initials)

Number of pages scanned: 39

**CLAIM II**

1. State the constitutional or other federal civil right that was violated: __8TH AMENDMENT__

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care

   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation

   ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: ☒ SEE ATTACHMENT .

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   (1) CHIEF BARRY JONES OF TULARE POLICE DEPT. IS INCONCEPT WITH OFFICERS FROM VISALIA POLICE DEPT. WHO IN HIS JURISDICTION (CITY LIMITS) WITH TOTAL DISREGARD WITH NO SUPERVISION OF OFFICERS (MIRRORED TO NOW INDICTED DETECTIVES LOGAN/FERREIRA) STEALING PROPERTY: POCKETING CASH, WEAPONS + STOLEN PROPERTY...

   (2) CHIEF JASON SALAZAR OF VISALIA POLICE DEPT. IS INCONCEPT WITH (2) OF HIS EMPLOYED POLICE OFFICERS SET UP, FAKED SEARCH WARRANTS! STOLE OVER $30,000 IN RECOVERED PROPERTY, $10,000 CASH A ARMY ISSUED COLT .45 1911a PISTOL ALL IN A STAGED TULARE CITY P.D JURISDICTION ARREST

   ON 9/16/18 OFFICER STOLE $1100.00 CASH (1) SIG SAUER .380 Cal + 95 FORD CONVERTIBLE MUSTANG

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   (1) SUFFERED INCARCERATED, 2 REGISTERED GUNS STOLEN AND MISSING. CAR STOLEN, + $11,100 CASH + $30,000 IN NEW property

5. **Administrative Remedies.**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No

   b. Did you submit a request for administrative relief on Claim II? ☒ Yes ☐ No

   c. Did you appeal your request for relief on Claim II to the highest level? ☒ Yes ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __TO DATE NO RESPONCE FROM__ .

   CLAIMS SENT TO
   DEFENDANTS

**CLAIM III**

1. State the constitutional or other federal civil right that was violated: 8TH AMENDMENT

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☑ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care

   ☐ Disciplinary proceedings ☑ Property ☐ Exercise of religion ☐ Retaliation

   ☑ Excessive force by an officer ☑ Threat to safety ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   DEFENDANTS (POLICE OFFICER) obtained (RUMORVILLE) INFO. THAT PLAINTIFF HAD TENS OF THOUSANDS IN STORE (STOLEN) PROPERTY + 5 CONVERTIBLE MUSTANGS, VISALIA POLICE OFFICER YOUNG + DOES 1-5 BEGAN TO HARRASS + CHASE PLAINTIFF. ALL PROPERTY TAKEN BY OFFICER YOUNG AFTER HE WAS ALERTED TO MY WHERE ABOUTS WAS TAKEN BELONGED TO TULARE P.D (JURISDICTION) + A TOOL BOX W/ $10,000 CASH + A ARMY COLT .45. PLAINTIFF WAS LET GO –

   ON 9/16/18 PLAINTIFF WAS APPROACHED BY VPD OFFICERS WHO STOLE A .380 SIG SAUER PISTOL AND $1100 – CASH IMPOUNDING A BLUE MUSTANG ON PRIVATE property CONTACTING HIS PAROLE OFFICER TO VIOLATE

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   2 STOLEN GUNS REGISTERED TO PLAINTIFF + $30,000 IN RETREIVED PROPERTY $1100.00 + $10,000 CASH + FORD IMPOUNDED CONVERTIBLE MUSTANG

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No

   b. Did you submit a request for administrative relief on Claim III? ☑ Yes ☐ No

   c. Did you appeal your request for relief on Claim III to the highest level? ☑ Yes ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. NO RESPONSE IN COMPLAINTS

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

Scanned at CDCR and E-Mailed

on 2/5/2019 by J.K

(date) (initials)

Number of pages scanned:

39

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

JUREY TRIAL DEMAND & INVESTIGATION
RECOVERY OF IMPOUNDED CAR / COSTS
AND CASH, REPORTS ON MISSING guns

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____12/18/18_____

_____
DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages.  If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

Scanned at CDCR and E-Mailed
on 2/5/2019 by JK
(date)            (initials)
Number of pages scanned:
39

CAUSE OF ACTION CONTINUED

STATEMENT OF FACTS:

1/ OFFICERS OF VISALIA POLICE DEPT. WHO ARE TAKING NON-REPORTED DISPATCHED CALLS ON THEIR PERSONAL CELL PHONES FROM 'ROTATING' RETAIL LOSS PREVENTION INFORMANTS OUTSIDE OF VISALIA POLICE JURISDICTION CITY LIMITS, (WAL-MARTS, TARGET, HOME-DEPOT, LOWES, COSTCO, etc.....) TRACKING THESE SUSPECTS WHO ARE MISFITS OF THE SHOPLIFTING WORLD, ONLY TO APPREHEND AND THEN LET GO; THESE MISFITS AFTER TAKING ALL RECOVERED PROPERTY, IN THIS FILED CLAIM, THAT ORIGINATED IN TULARE CITY OF - WHERE OVER $30,000 IN STOLEN PROPERTY WAS TAKEN ON 3 SEPERATE INCIDENTS - INCONCERT WITH PARTICIPATING VISALIA POLICE OFFICERS ALL BELONGED TO THE RETAIL VENDORS IN TULARE P.D CITY LIMITS JURISDICTION.....

Scanned at CDCR and E-Mailed on 2/5/2019 by J.K
(date) (initials)
Number of pages scanned: 1/22

2/. THIS OFFICER BRIAN YOUNG IN HIS ABUSE OF AUTHORITY, IN THE COLOR OF AUTHORITY, WHO OBTAINED YET ANOTHER CELL PHONE DIRECT CALL VIA HIS INFORMANT; (A LOSS PREVENTION STAFF) BYE-PASSING DISPATCH RECOGNIZING THIS PLAINTIFF, TAKING PLAINTIFF WITH CO-DEFENDANT SUSPECT TO POLICE DEPT. - TELLING PLAINTIFF & SUSPECT / CO-DEFENDANT VINCENT BROOKS WHO BECAME INFORMANT TO VPD BRIAN YOUNG & VPD OFFICER MCKEWEON, WHERE BRIAN YOUNG TOLD PLAINTIFF CRAMER - ALL HE WANTED WAS ALL THE SHIT THIS PLAINTIFF HAD ACCUMULATED FROM ALL THESE STORES. -

3/ MORESO, NOT ONLY WAS PLAINTIFF CRAMER LET GO, BUT VINCENT BROOKS WAS TOO CUT LOSE WITH SEVERAL FTA OUTSTANDING $50,000 WARRANTS...

Scanned at CDCR and E-Mailed
on 2/5/2019 by J.K.
(date) (initials)
Number of pages scanned: 39

2/

4/ SUSPECT VINCENT BROOKS TOLD BRIAN YOUNG PLAINTIFF CRAMER SOLD ALL STOLEN PROPERTY TO HIS SO CALLED SLUMLORD FATHER....

5/ WHILE AT POLICE DEPT. OFFICER YOUNG WAS MAKING ARRANGEMENTS WITH A PICK-UP HEADING TO MY FATHERS PLACE. WHILE BROOKS & I WERE IN THE BACK OF POLICE CAR OFFICER YOUNG TOOK BROOKS & I ON A RADIO-CALL ON A DRUG SUSPECT, BROOKS & MYSELF WERE LITERALLY DUMBFOUNDED, IT APPEARED TO ME AFTER WE SAW THIS OFFICER POCKETING A ROLL OF CASH, A THIRD NEWER CAR APPROACHED WHICH APPEARED TO BE NOW ARRESTED VISALIA POLICE DETECTIVE BRIAN FERREIRA — WHO I KNOW.

6/ AFTER THE FACT.... UNBEKNOWNST TO HIS INDICTMENT.

Scanned at CDCR and E-Mailed
on 2/5/2019 by J.K
(date) (initials)
Number of pages scanned: 39

3/

Scanned at CDCR and E-Mailed
on 2/5/2019 by J.K.
(date) (initials)
Number of pages scanned: 39

7/ OFFICER(S) THEN PARADED ~~TO MY~~ SO CALLED FATHERS PLACE WHERE (3) DOES OFFICERS SHOWED UP. (DOES 1-3)

8/ MYSELF, OFFICER YOUNG & BROOKS KNOCKED ON MY SO CALLED FATHERS MILLION DOLLAR HOME, WHERE MY FATHER WAS TOLD BY OFFICER YOUNG THAT PLAINTIFF & VINCENT BROOKS WERE SUSPECTS IN A HUGE BURGLARY STOLEN PROPERTY RING, AND AS A FAVOR TO DETECTIVE KEVIN GRANT NO PAPER OR PUBLIC SEARCH WARRANT WOULD EVER BE DOCUMENTED... (UNBERKNOWNST TO GRANT)

9/ IN OTHERWORDS, ALL THIS WOULD GO AWAY IF ALL THE STUFF WAS RETRIEVED... ALL THE STUFF THAT WAS TAKEN BELONGED TO TULARE P.D. RETAIL JURISDICTION ON 3 SEPERATE NOTED EVENTS OF PANIC ATTACKS BY BRIAN YOUNG (THEY) AND LITERAL "SHAKE DOWN" (WHO THOUGHT I'DE GO TO OIA-)

...canned at CDCR and E-Mailed
On 2/5/2019 by T.C.
(date)        (initials)
S/

⑩ EXHIBITS - PLAINTIFF MATTHEW I.
CRAMER UNBEKNOWNST TO BRIAN
YOUNG AFTER BRIAN YOUNG WENT STOLE
CRAMERS', ALLEGED, 'STOLEN' PROPERTY
THAT TOO INCLUDED OFFICERS
LOADING UP BRAND NEW RETAIL
IN BOX' ITEMS, BUT ALSO A STANLEY
TOOL BOX WITH $10,000 CASH
AND PLAINTIFF'S REGISTERED ARMY
ISSUE 1911(a) COLT .45 ....

⑪ AT THAT IMMEDIATE TIME AFTER
WE (BROOKS + I) WERE PLACED IN
THE BACK OF YOUNG'S PATROL CAR
I TOLD BROOKS TO KEEP HIS
MOUTH SHUT, BRIAN YOUNG WAS
TOLD ALL ITEMS WERE TAKEN FROM
TURNER LOWES, WAL-MART, HOME -
DEPOTS, TARGETS etc...

⑫ AT THAT TIME PLAINTIFF CRAMER
HAD NO IDEA SUSPECT VINNY
BROOKS BECAME YOUNG'S INFORMANT

FOR LITERAL MISDEMEANORS.

13/ PLAINTIFF, ITS FAIR TO SAY IS A RETAIL STORE MULTI-TASKED THEFT SPECIALIST THAT AVERAGES $10,000 TO $30-$60,000 BYE-MONTHLY THIS IS ALL HE KNOWS!

14/ PLAINTIFF IS ALSO FULLY EXPERIENCED AND KNOWS FIRST HAND OF THE BEGINNING STAGES OF A "CORRUPT VISALIA POLICE OFFICER DIRT-BAG "SHAKE-DOWN"."

15/. IT SHOULD BE NOTED, AND PLAINTIFF CRAMER, WHO IS NO DUMMY-MADE IT A POINT TO TELL OFFICERS' BRIAN YOUNG THAT ALL THE STUFF HE TOOK WAS STOLEN FROM TULARE JURISDICTION RETAIL STORES, INCLUDING A IN-BOX-USED-NOT STOLEN VACUUM CLEANER, THIS VACUME CLEANER AND TULARE CITY WAL-MART 2 A/C'S

Scanned at CDCR and E-Mailed
on 2/5/2019 by J.K.
(date) (initials)
Number of pages scanned: 6/

WERE ITEMS ONCE SOLD BY TULARE WAL-MART BUT NOT ITEMS STOLEN FROM WAL-MART ....(TAG ON VACUME / FAKE)

16/ THE REPORTS WONT MATCH-UP, BRIAN YOUNG THEN DROVE US BACK TO COSTCO PARKING LOT TO MY 4TH LEFT IN PARKING LOT CONVERTIBLE MUSTANG - WHERE BRIAN YOUNG OPENED MY TRUNK TAKING A DUFFEL BAG OF 10 PAIRS OF ORCHARD SUPPLY DICKIES PANTS & A COSTCO ARLO CAMERA

17/ TELLING US, KEEP YOUR MOUTH SHUT AND THIS WILL GO AWAY. - WE THEN DROVE OFF TO MY FATHERS HOUSE → WHERE MY SO CALLED FATHER TOLD ME THAT MISSING WAS MY STANLEY TOOL BOX PLUS $10,000 CASH & ARMY ISSUE COLT .45 & $30,000 IN RECOVERED GOODS ....

Scanned at CDCR and E-Mailed
on 2/5/2019 by J.K
(date) (initials)
Number of pages scanned: 7/

18/ VISALIA POLICE OFFICERS STOLE ALOT MORE FROM 3 LOCATIONS CLAIMING PLAINTIFF WAS WANTED, DUE TO MY NOTED COMPLAINTS I RECORDED TO DISPATCH....

19/ * PLAINTIFF CRAMER IS EXPERIENCED AND CAN SHOW EVERY CALL TO VISALIA POLICE DEPT, CALLS LOGGED TO DISPATCH TO OTHER OFFICERS DUE TO THREATS OF DOES - 1-10 OF OFFICERS WHO STOLE MY PROPERTY - PLAINTIFF CRAMER HAS THOSE RECORDED CALLS & PHONES THAT WAS TURNED OVER TO THE TULARE COUNTY PUBLIC DEFENDERS OFFICE

20/ WITHIN THE SAME DAY AFTER OFFICER LET GO OFF (YOUNG) - DROPPING OFF BROOKS & CRAMER @ COSTCO, IT WAS NOTED OF ALL STUFF THAT WAS MISSING PLAINTIFF CALLED VPD @ 559-734-8116 TELLING

Scanned at CDCR and E-Mailed
on 2/5/2019 by J.K
(date) (initials)
Number of pages scanned:

8/

Scanned at CDCR and E-Mailed
on 2/5/2019 by JK
(date) (initials)
Number of pages scanned: 39

21/ DISPATCH TO HAVE OFFICER BRIAN YOUNG CALL ME, HE DID, WHERE I TOLD HIM I NEEDED THAT TOOL BOX RETURNED..... ALL CALLS LOGGED...

22/ * ALL LOGGED, ALL RECORDED, ALL ON THE NOW IN POSSESSION OF TULARE CO. PUBLIC DEFENDERS OFFICE MY 1 OF 2 CELL PHONES.

23/ FROM THAT DAY FORTH IT BECAME DIRTY COPS & ROBBERS.... MAKE THIS CLEAR, AS THIS NOW DISCOVERED VISALIA POLICE DETECTIVES INDICTMENTS OF SHANE LOGAN & BRIAN FERREIRA IN THEIR 40 PLUS COUNT INDICTMENTS POACHING CASES IN TULARE CITY POLICE JURISDICTION, UNBEKNOWNST TO TULARE POLICE CHIEF BARRY JONES VS. VISALIA POLICE DEPT.

24/ THIS PLAINTIFF @ ALL TIMES, NOT ONLY KNEW WHAT BRIAN YOUNG (PLAINTIFF CRAMER WHO TOO HAS ONCE LAW ENFORCEMENT EXPERIENCE) 9/

25/ WAS DOING WITH HIS EXTORTION OF ABUSE OF AUTHORITY - & LIKE LOGAN & COLOR OF AUTHORITY IN A DELIBERATE INDIFFERENCE.... MUCH SO, IN HINDSIGHT IN THE RADIO-CALL MEET SEEING VPD. OFFICER FERREIRA & NOW PUBLIC VPD DETECTIVE ARRESTS PLAINTIFF CRAMER WITH BROOKS WHO BROOKS WAS STILL DUMBSTRUCK OF WACKING AWAY FROM VISALIA POLICE DEPT. WITH ACTIVE FTA WARRANTS, NOT TOO MENTION THE LOSS OF ALL PROPERTY & YOUNG NOT EVEN CALLING A STANDARD PAROLE OFFICER NOTIFICATION WHERE YOUNG STATED "KEEP YOUR MOUTH SHUT THIS MAY GO AWAY".

26/ BROOKS & I ENDED UP @ A RESTURAUNT I NORMALLY FREQUENT, BY LUCK, I SAW SEVERAL ATTORNEYS I KNEW.... I APPROACHED THESE ATTORNIES AND FINAgled A QUICK CONSULTATION.

Scanned at CDCR and E-Mailed
on 2/5/2019 by S.K.
(date) (initials)
Number of pages scanned: 10/

AFTER DINNER WITH BROOKS WHO ONLY SAT LISTENING I TOLD THIS ATTY. THE WHOLE GET DOWN. I TOLD THIS ATTORNEY AND DIRT BAG VINNY BROOKS (DBVB) THAT NO WAY CAN WE (I) BE CHARGED IN THIS/THESE CASES WAS I WAS CONFIDENT THAT OFFICER YOUNG STOLE THE TULARE RETAIL STORE IN-BOX MERCHANDISE CASH & FIREARM. - IF HE CHARGES ME THEN I'DE BE ~~HIT~~ WITH 10-15 MORE COUNTS OF RETAIL THEFT, THEREFORE, HE STOLE ALL STOLEN MERCHANDISE AND MORE IMPORTANTLY DID NOT REPORT & WAS TAKING T.P.D JURISDICTION CALLS ON HIS CELL PHONE FROM TULARE LOSS prevention STAFF BYE-PASSING TPD JURISDICTION.... EVENSO, PICKING & CHOSING CASE CHARGES OUTSIDE VISALIA JURISDICTION (SEE Probation REPORTS) KEEPING ALL NOT LISTED STOLEN property

Scanned at CDCR and E-Mailed
on 2/5/2019 by J.K
(date) (initials)
Number of pages scanned: 11/
58

Scanned at CDCR and E-Mailed
on 2/5/2019 by J.K
(date) (initials)
Number of pages scanned: 39

28/ VINCENT BROOKS Apparently TELLS BRIAN YOUNG AND NOW DEFENDANT 4 OFFICER MCKEWEON (spelling?). THAT "CRAMER SAID: YOU CANT CHARGE HIM WITH ALL THOSE THEFTS AT COSTCO CAUSE YOU STOLE ALL THE PROPERTY IN A illegAL SEARCH WARRANT & OUT OF JURISDICTION & NOT REPORTING THIS TO TULARE PD AND THEFT RECOVERY."

29/ NOW THE CHASE BEGINS — BROOKS ALSO TOLD YOUNG THAT CRAMER WOULD GO TO OIA + CALLED VPD STAFF JASON McWilliams + KEVIN GRANT. —

30/ AT THIS TIME SET FORTH, I PLAINTIFF CRAMER RECORDED ALL CALLS TO VPD DISPATCH, IN ALL COMPLAINTS — THERE ARE 10's OF TENS OF LOGGED CALLS TO SGT's, WATCH COMMANDERS etc... TO Dispatch HAVING VPD OFFICERS I KNOW TO CALL ME. (WHICH DID)

31/ PLAINTIFF CRAMER RECORDED CALLS, DUE TO VISALIA P.D HARRASSMENT ONCE PLAINTIFF FOUND OUT BROOKS WAS ON METHADONE + INFORMING WITH MADE UP SHIT,

32/ PLAINTIFF TO DISCOVERED 8-10 MORE HOMELESS SHOPLIFTER VICTIMS WHO BRIAN YOUNG WAS KNOWN TO STEAL ACCOSTED HOMELESS SHOPLIFTING SUSPECTS TO LET THEM GO TAKING ALL THE BRAND NEW STOLEN RECOVERED ITEMS FOR YEARS.....

33/ THIS ATTY. WHO I GOT THE FREE CONSULTATION, AS I, WE WERE SHELL SHOCKED OF THE VPD DOCUMENTED COMPLAINTS I WAS TAPING ON BRIAN YOUNG TRYING TO GET ME TO CALL OIA OR FBI. AND GET REPORTS TAKEN

Scanned at CDCR and E-Mailed
on 2/5/2019 by J.K
(date) (initials)
Number of pages scanned: 39

13/

34/ I CALLED FOR OFFICERS I KNOW TO CALL ME AND I RECORDED THEM AND WAS TOLD

35/ "Matt, DONT go TO INTERNAL AFFAIRS" THEY TRIED TO CONTACT BRIAN YOUNG WHO .... SEE - RECORDED CALLS

36/ THIS OFFICER SAID:

"F— MATT, YOU BANGING YOUNGS' BOYFRIEND OR WHAT — HE'S OUT TO F— YOU- .... BRIAN YOUNG BEING GAY NOW I'M REALLY WORRIED —"

37/ PLAINTIFFS' ARE IN FEAR OF THEIR LIVES

Literally w/ DIRTY Cops

Scanned at CDCR and E-Mailed
on 2/5/2019 by J.K
(date) (initials)
Number of pages scanned: 38

14/

Scanned at CDCR and E-Mailed
on 02/05/19 by ____
Case 1:19-cv-00161-DAD-SKO   Document 1   Filed 02/05/19   Page 21 of 37
(date)        (initials)
Number of pages scanned:
39

38/

PLAINTIFF CRAMER DOCUMENTED ALL
EVENTS. NOW OTHER DOES — 1—10
WERE HARRASSING ME.

39/

DEFENDANT (4) OFFICER Mckeweon
WITH YOUNG AND OTHERS SHOWED
UP at MY 109 E. WALNUT
VISALIA, CA 93277 RESIDENCE
WHERE THEY TOLD MY FRIEND
I WAS WANTED WHO 1 LET STAY
THERE CAUSE HE + WIFE WERE
HOMELESS WHO LET YOUNG +
McKEWEON GUT MY 1ST CONVERTIBLE
MUSTANG — (DBVB)

40/

AFTER A INCIDENT TO RECOVER
ALL MY STOLEN WAL-MART
PROPERTY OF A CELL PHONE CALL
FROM LOSS PREVENTION WAL-MART
WHERE I LEFT MY 3rd Convertible
Mustang WITH Brooks. I, TOOK
OFF WHEN I CALLED
Brooks, OFFICER BRIAN Young
SHOWS UP CALLED Via LOSS
PREVENTION ON HIS CELL PHONE

15/

41/ WHERE BRIAN YOUNG ANSWERED & TOLD ME TO CALL HIM VIA DISPATCH BRIAN YOUNG YELLS: "WHERE IS IT?" I SAY: "WHAT?" HE THEN SAYS F—you Cramer, I'M TAKING YOUR Convertible Mustang, you'll NEVER SEE IT AGAIN — LETTING Brooks Walk!!!

42/ * IT SHOULD BE NOTED THAT MUSTANG IS SECURED @ Covered IN STORAGE (PRESERVED) FOR OFFICERS OF OIA TO INSPECT FOR EVIDENCE.

43/ SHORTLY THEREAFTER IN A WAL-MART KINGS COUNTY. WITH Brooks WE were Apprehended AND 10 HPD OFFICERS CAUGHT US. IN MY 2ND, NO 3RD CONVERTIBLE MUSTANG. I, CAME UP CLEAN - Brooks WAS ARRESTED FOR FTA Warrants

44/ Vinny Brooks LET Mekewcon + Young IN MY (107) GARAGE TO STEAL MORE NEW RETAIL property

Scanned at CDCR and E-Mailed
on 2/5/2019 by J.K
(date) (initials)
Number of pages scanned: 16/

Number of pages scanned: 29

17/

Scanned at CDCR and E-Mailed

on 2/5/2019 by Z.K.
(date)        (initials)

#45/

THAT I WAS NEVER CHARGED WITH.

Plaintiff Connie was Being
Seriously Harassed By VPD
Officers where Plaintiff Began
to make calls And Record Everything

#46/

Shortly it was Evident And the
Joke Became I was Running out
of Convertible Mustangs that VPD
was Looking For ME, 3 all Red
+ One WHITE, So I Bought A
51 Blue Convertible Mustang
(as figure ....) Stolen via VPD.)

#47/

By Now there was Serious Noted
Complaints to Visalia Dispatch All
logged.. To No Avail.

#48/

On 9-16-18 On A Fluke, while in A
Detriewn visiting a Friend, (Mary)
@ 1310 Hale St. — VPD Police

Scanned at CDCR and E-Mailed
on 2/5/2019 by J.K
(date) (initials)
Number of pages scanned: 39

49) WERE CALLED & ONCE I WAS RECOGNIZED, AND ALL DOES 1-10, (EXCLUDING OFFICER C-R.) ALL HELL BROKE LOOSE

50) WHILE MY LATEST 5TH CONVERTIBLE BLUE MUSTANG WAS GUTTED, 4TH DEF. MCKEWEON APPROACHES THE POLICE CAR, + SAYS:

51) "HEY CRAMER, YOUR FATHERS DEAD YES? AND WHISPERS: WE FOUND YOUR CASH, + STOLEN GUN, SHUT YOUR MOUTH, OR I'LL CHARGE YOU WITH RESIDENTIAL 459 OF THE GUN, + FELON IN POSSESSION OF A FIRE ARM. - CALL IT A GIFT HORSE — " TAKING $1100 CASH...."

52) HE, HAD ROSALES CALL MY P.O. TO VIOLATE ME, FOR POLICE CONTACT 3056 PC; — THEY STOLE MY CAR BY IMPOUND. WHILE I YELLED, DO NOT TOW MY CAR ON PRIVATE PROPERTY.

18/

53/ I ASKED ROSALES TO RETRIEVE PHONE... ATTY'S HAVE THE PHONE AND ROSALES, TOOK ME TO THE HOSPITAL

54/ I RAN THE WHOLE MESS TOO HIM, HE SUGGESTED CALL GRANT, + JASON HE WAS GENUINELY SORRY....

55/ IT WAS HE WHO SECURED MY 1 OF 2 CELL PHONES — I'M GRATEFUL. HE BELIEVED ME.....

56/ CHIEF BARRY JONES OF TULARE P.D IS A DEFENDANT, AS SHANE LOGAN, & BRIAN FERREIRA WITH SUBORDINATES OF VPD CHIEF JASON SALAZAR OF VPD OFFICERS POACHING CASES IN TULARE CITY JURISDICTION. STEALING CASH, GUNS, CARS + HOT PROPERTY IN THE LITERAL THOUSANDS.....

Scanned at CDCR and E-Mailed
on 2/5/2019 by J.K.
(date) (initials)
Number of pages scanned: 39

19/

Scanned at CDCR and E-Mailed
Case 1:19-cv-00161-DAD-SKO Document 1 Filed 02/05/19 Page 26 of 37
on 2/5/2019 by S.K
(date)        (initials)
Number of pages scanned:
39

57/
WHEREFORE, UNBEKNOWNST TO ALL
THESE OFFICERS THOSE 2 STOLEN
GUNS THEY TOOK WERE NOT STOLEN
AND REGISTERED IN 1991 TO
MATTHEW B. CRAMER, PLUS $11,100
CASH & ALLEGED PROPERTY IN
3 LOCATIONS STOLEN + MY 3 of
5 CONVERTIBLE MUSTANGS
IMPOUNDED GUTTED & DAMAGED
IN EXCESS of $60,000 ALL CAUSED
By CHIEF SALAZARS EMPLOYEES

60/
        BRIAN YOUNG
        Mckewkeon · {
        Co-HORTS et al

61/
PLAINTIFFS DEMAND A REPORT of
LOSSES of NOW MISSING GUNS
& CASH + PROPERTY.

62/
    WHEREAS AUDITS + CASE INFO.
WILL SHOW Young's PATTERN of
ABUSE .... & DMV DATA BASE

                        20/

63/ LIKE SHANE LOGAN + BRIAN FERREIRA ITS FAIR TO SAY THEY TOO NOT ONLY FABRICATED REPORTS, BUT STOLE EVIDENCE, MONEY, DRUGS + GUNS

64/ DEFENDANT YOUNG WITH LOSS PREVENTION STAFF ARE STEALING PROPERTY RECOVERED IN BYE-PASSING CIRCUM- VENTING DUE PROCESS CHANNELS OUT OF JURISDICTION TO ALL HOMELESS SHOPLIFTING VICTIMS.

65/ TULARE P.D CHIEF BARRY JONES STUMBLED ON PANDORA + BY PROXY IS NOW A INADVERTANT DEFENDANT RESPECTIVELY....

66/ PLAINTIFF WILL BE SUING WAL-MART COSTCO LOSS PREVENTION STAFF WHERE THEIR NAMES AS BRIAN YOUNGS IS ALL OVER 10-20 CELL PHONE DIRECT CALLS.

Scanned at CDCR and E-Mailed
on 2/5/2019 by J.K
(date) (initials)
Number of pages scanned: 21

82/22

I DECLARE THIS TO BE TRUE
& CORRECT AS TO MY BELIEF
For ALL PLAINTIFFS & PRISONERS
SITUATED UNDER THE PENALTY
of PERJURY.

Respectfully Submitted

Mathew T. Crane
In Pro Per

Date

\* NOTE IN PLAINTIFFS BEST INTEREST HE
READ OUT TO ALL FABRICATED CHANGES FOR
HIS SAFETY —

Soon, Plaintiffs will Submit the Appeal

19/13/15

Scanned at CDCR and E-Mailed
on 2/5/2019 by S.K.
(date)   (initials)
Number of pages scanned: 34

Scanned at CDCR and E-Mailed
on 2/5/2019 by S.K.
(date)          (initials)
Number of pages scanned:
39



CDC - 119 LEGAL MAIL LOG

*Incoming*

| 11/28/2018 | X | BA2144 | CRAMER | C | | TULARE CO POLICE DEPT. 260 M ST TULARE CA 93274 |
|---|---|---|---|---|---|---|
| 11/28/2018 | X | BA2144 | CRAMER | C | | TULARE CO POLICE DEPT. 260 M ST TULARE CA 93274 |
| 12/3/2018 | X | BA2144 | CRAMER | C | | VISALIA POLICE DEPT 303 W. JOHNSON VISALIA CA 93291 |
| 12/3/2018 | X | BA2144 | CRAMER | C | | TULARE CO SUPERIOR CRT 221 S. MOONEY BLVD RM 124  VISALIA CA 93291-4593 |
| 12/4/2018 | X | BA2144 | CRAMER | C | | JOE KATZ ESQ 221 S. MOONEY #G35 VISALIA CA 93291 |
| 12/5/2018 | X | BA2144 | CRAMER | C | | TULARE CO SHERIFF MIKE BOUDREAUX 2404 W. BURRELL AVE VISALIA CA 93291 |
| 12/5/2018 | X | BA2144 | CRAMER | C | | TULARE CO PUBLIC DFNDR 221 S. MOONEY BLVD VISALIA CA 93291-4593 |
| 12/6/2018 | X | BA2144 | CRAMER | C | | TULARE CO PUBLIC DFNDR 221 S. MOONEY BLVD VISALIA CA 93291-4593 |
| 12/7/2018 | X | BA2144 | CRAMER | C | | TULARE CO DIST ATT 221 S. MOONEY VISALIA CA 93291 |
| 12/10/2018 | X | BA2144 | CRAMER | C | | CA DEPT JUST 4949 BROADWAY SAC CA 95818 |

*Outgoing*

ALL LEGAL - OUT going MAIL

CLAIMS, CITIZENS COMPLAINTS
OFFICE OF INTERNAL AFFAIRS

EXHAUSTION OF REMEDIES

Scanned at CDCR and E-Mailed
on 2/5/2019 by JK (Initials)
(date)
Number of pages scanned: 39

*City of Visalia*



*Human Resources &*
*Risk Management*

*220 N. Santa Fe, Visalia, CA  93292*

*Tel: (559) 713-4300   Fax: (559) 713-4803*

January 7, 2019

Matthew Cramer
CDC #: BA2144
P.O. Box 5004
Delano, CA 93216

Per your request, Please find enclosed a "Claim for Damages" form from the City of Visalia. Please sign, complete and return to our office.  In order to resolve this matter, we would request that you please provide any and all documentation to support your claim (i.e. copies of receipts, invoices or estimates of damages, photos of damages, etc.) when the information is complete forward to the mailing address below:

**City of Visalia**
**Risk Management**
**220 N. Santa Fe**
**Visalia, CA 93292**

Please note that as per Government Code Section 911.2 you have 180 days from the date of the incident to file this claim.  No action will be taken until the completed form is received in our office.

CITY OF VISALIA

Charlotte Dunn
Insurance & Benefits Manager

Enclosure

Scanned at CDCR and E-Mailed
on __2|5|2019__ by __J.K__
    (date)            (initials)
Number of pages scanned:
__39__



# Tulare County Civil Grand Jury

**5963 South Mooney Boulevard**
**Visalia, CA 93277**

**(559) 624-7295 • Fax (559) 733-6078**

January 3, 2019

Matt Cramer    #BA2144
Box 5004 (CA-B178L)
Delano, CA 93216

Matt Cramer;

The Tulare County Grand Jury has reviewed your complaint and all information you provided. The subject of your complaint is not within the jurisdiction of the Grand Jury, therefore the Jury shall take no action.

Please be assured that your identity in connection with the complaint referenced above will be known only to the Grand Jury, which is sworn to secrecy to ensure confidentiality of your identity as well as all information you may have provided.

Sincerely,

Ron White, Foreman
2018–2019 Tulare County Civil Grand Jury

Cc: File

Scanned at CDCR and E-Mailed
on 2/5/2019 by J.K
    (date)        (initials)
Number of pages scanned:
        39

| 11/28/2018 | X | BA2144 | CRAMER | C | | TULARE CO POLICE DEPT. 260 M ST TULARE CA 93274 |
|---|---|---|---|---|---|---|
| 11/28/2018 | X | BA2144 | CRAMER | C | | TULARE CO POLICE DEPT. 260 M ST TULARE CA 93274 |
| 12/3/2018 | X | BA2144 | CRAMER | C | | VISALIA POLICE DEPT 303 W. JOHNSON VISALIA CA 93291 |
| 12/3/2018 | X | BA2144 | CRAMER | C | | TULARE CO SUPERIOR CRT 221 S. MOONEY BLVD RM 124  VISALIA CA 93291-4593 |
| 12/4/2018 | X | BA2144 | CRAMER | C | | JOE KATZ ESQ 221 S. MOONEY #G35 VISALIA CA 93291 |
| 12/5/2018 | X | BA2144 | CRAMER | C | | TULARE CO SHERIFF MIKE BOUDREAUX 2404 W. BURRELL AVE VISALIA CA 93291 |
| 12/5/2018 | X | BA2144 | CRAMER | C | | TULARE CO PUBLIC DFNDR 221 S. MOONEY BLVD VISALIA CA 93291-4593 |
| 12/6/2018 | X | BA2144 | CRAMER | C | | TULARE CO PUBLIC DFNDR 221 S. MOONEY BLVD VISALIA CA 93291-4593 |
| 12/7/2018 | X | BA2144 | CRAMER | C | | TULARE CO DIST ATT 221 S. MOONEY VISALIA CA 93291 |
| 12/10/2018 | X | BA2144 | CRAMER | C | | CA DEPT JUST 4949 BROADWAY SAC CA 95818 |
| 12/12/2018 | X | BA2144 | CRAMER | C | | VISALIA POLICE DEPT 303 W. JOHNSON VISALIA CA 93291 |
| 12/14/2018 | X | BA2144 | CRAMER | C | | LUIS HERNANDEZ ROMERO WOOMER POB 31 VISALIA CA 93278-0031 |
| 12/19/2018 | X | BA2144 | CRAMER | C | | LUIS HERNANDEZ ROMERO WOOMER POB 31 VISALIA CA 93278-0031 |
| 12/19/2018 | X | BA2144 | CRAMER | C | | U.S. DIST CRT E. DIST 501 I ST #4-200 SAC CA 95814-2322 |
| 12/19/2018 | X | BA2144 | CRAMER | C | | TULARE CO SUPEIROR CRT CIVIL DIV 221 S. MOONEY BLVD VISALIA CA 93291 |
| 12/20/2018 | X | BA2144 | CRAMER | C | | TULARE CO SUPERIOR 5963 S. MOONEY BLVD VISALIA CA 93277 |
| 12/20/2018 | X | BA2144 | CRAMER | C | | JOE KATZ ESQ 221 S. MOONEY  #635 VISALIA CA 93291 |
| 12/21/2018 | X | BA2144 | CRAMER | C | | JOE KATZ ESQ 221 S. MOONEY  #G35 VISALIA CA 93291 |
| 12/24/2018 | X | BA2144 | CRAMER | C | | TULARE CO SUPERIOR CRT 221 S. MOONEY VISALIA CA 93291 |
| 12/24/2018 | X | BA2144 | CRAMER | C | | PRISON LAW OFF GENERL DELIVERY SAN QUENTIN CA 94969 |
| 12/26/2018 | X | BA2144 | CRAMER | C | | VISALIA POLICE DEPT 303 S JOHNSON VISALIA CA 93291 |
| 12/26/2018 | X | BA2144 | CRAMER | C | | CITY OF VISALIA POLICE DEPT 220 N SANTE FE VISALIA CA 93291 |
| 12/26/2018 | X | BA2144 | CRAMER | C | | MIKE BOUDREAUX TULARE CO 221 S MOONEY BLVD RM102 VISALIA CA93291 |
| 12/28/2018 | X | BA2144 | CRAMER | C | | SUPERIOR CRT TULARE CO 221 S. MOONEY BLVD #201 VISALIA CA 93291-4593 |
| 12/31/2018 | X | BA2144 | CRAMER | C | | DEPT JUST OFF INVEST 1300 I ST SAC CA 95814 |
| 12/31/2018 | X | BA2144 | CRAMER | C | | TULARE CO PUBLIC DFNDR 221 S. MOONEY #G35 VISALIA CA 93291 |
| 12/31/2018 | X | BA2144 | CRAMER | C | | SUPERIOR CRT OF CA J. OCHOA 221 S. MOONEY VISALIA CA 93291 |

Outgoing

Number of pages scanned: 39

Scanned at CDCR and E-Mailed on 2/5/2019 (date) by J.K (initials)

CRAMER VS. TULARE & VISALIA P.D.

EXHIBITS

Scanned at CDCR and E-Mailed on 2/5/2019 by J.K. (initials) (date)

Number of pages scanned: 39

VISALIATIMESDELTA.COM/TULARE   ANCELLUISD.TR.COM

# VISALIA TIMES-DELTA
## Tulare Advance-Register

WEEKEND, NOVEMBER 17-NOVEMBER 18, 2018                    PART OF THE USA TODAY NETWORK

# 2 Visalia police detectives arrested

## Pair accused of falsifying reports, perjury and other felonies as prosecutors dismiss 40 criminal cases

**Eric Woomer and Sheyanne N Romero**
Visalia Times-Delta
USA TODAY NETWORK

Two Visalia detectives who have patrolled the streets for more than a decade each will now face the legal system after accusations of misconduct while serving multiple search warrants in Tulare.

Narcotics detectives Shane Logan and Bryan Ferreira, once members of SWAT and the gang unit, face 43 total criminal counts — 38 felonies. Those include falsifying police reports, conspiracy, falsely and maliciously trying to indict someone for a crime, perjury under "color of authority," and illegal use of the California Department of Motor Vehicles databases.

The detectives, who will face charges as co-defendants, have been on administrative leave since May, according to Visalia police.

They're both behind bars. However, both are expected to make bail out.

As a result, prosecutors have dismissed 40 criminal cases that Logan and Ferreira worked on. District Attorney Tim Ward said he expects more cases to come to light soon and can't recall a time when prosecutors have had to dismiss so many cases.

He said he's making full list of cases involving both officers available to defense attorneys.

**See DETECTIVES, Page 6A**

Number of pages scanned: _____
(initials)
on _____ (date)
Scanned at OPCH and E-Mailed
Scanned by _____

# Detectives

Continued from Page 1A

The investigation began in Tulare after the Visalia officers, part of the Special Enforcement Unit, served a series of search warrants. Tulare officers said they weren't notified of the busts, although such notification is common courtesy when one agency goes into another's city.

Police officers, two from Visalia, two from Tulare, who spoke to the Visalia Times-Delta on condition of anonymity out of fear of retaliation, said stories surfaced during drug busts in Tulare.

Ward said the alleged drug deals claimed to obtain search warrants never happened.

According to the Tulare officers, confidential informants were working for Tulare Police Department. The informants went to Tulare detectives with information about crimes that hadn't been committed. Tulare began investigating their Visalia colleagues when police reports didn't match up, the sources said.

"This has strained our relationship. We worked well together, now we dread coming to Visalia for any reason," one Tulare officer said. "We don't trust them and they don't trust us."

Tulare detectives served search warrants on Logan and Ferreira's cell phones, which is being held as evidence, Visalia officer told the Times-Delta, a petition to anonymity. The district attorney's office does not re-

spond to questions on the nature of officer six search warrant investigation, the detectives' uncovered allegations of misconduct, collect evidence and investigate confidential informants, along with the

officers' cell phones, over to district attorney investigators.

Investigators followed up on interviews for two months, working with a prosecutor to determine if charges would be filed. Ward said that Jones allowed a full-time detective to help DA investigators.

Ward added that prosecutors can't talk about the facts of the case, but said he expects more details to come out as the justice system goes to work.

Visalia Police Chief Jason Salazar called the actions "sad and disappointing." He added that the actions should

not reflect on the police department as a whole.

"We are angry about it and we will deal with it," Salazar said. "Our mission doesn't change."

He added that moral was low among fellow officers, but the force is working through the process.

On Friday morning, in an unannounced and unscheduled hearing at Tulare County Pretrial Facility, the men got a first glimpse at what they'll face. After every Tulare County judge recused himself from the case, a Kings County judge signed the formal complaint Fri-



Two Visalia officers have been charged with multiple felonies stemming from a series of search warrants served in Tulare. ERIC WOOMER/VISALIA TIMES-DELTA

day morning and issued an arrest warrant. Both officers paced and combed through the pages of the complaint as they waited for the hearing.

Arraignments are held daily at 1 p.m. Logan and Ferreira's hearing was set for 11 a.m. The only people present were lawyers for both officers and a judge via closed-caption television.

The Times-Delta watched from a monitor in the lobby, which was otherwise empty.

The charges weren't read aloud, but in a copy of the complaint obtained by the Times-Delta, the men are charged with 11 counts of perjury by a police officer, 18 counts of filing false police reports, nine counts of falsely and maliciously indicting someone for a crime and five counts of using the California DMV database to find personal information used in the above charges.

The DMV allegations are misdemeanors.

"All I know is what I read in the complaint," said Fresno-based attorney Roger Wilson, representing Logan and Ferreira. "I haven't received the discovery."

Logan's bail was set at $225,000 and faces 11 years in prison. Ferreira faces a steeper $575,000 bail and nearly 25 years in prison.

A formal hearing is set for Monday. Logan has been a Visalia officer since 2005 and works with College of the Sequoia Police Academy as a police evaluator. He has worked multiple special assignments and has a total compensation of more than $130,000 a year. Ferreira also has been with Visalia police since 2005.

He, along with detective Adam Collins, was shot in Visalia. His total annual compensation is also more than $120,000.

Ferreira was also named the 2018 Visalia Officer of the Year.

# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF CALIFORNIA*

Marianne Matherly, Clerk

☐REPLY TO:
Office of the Clerk
501 I Street #4-200
Sacramento, CA 95814

## CLERK'S NOTICE

☐REPLY TO:
Office of the Clerk
2500 Tulare St. #1-500
Fresno, CA 93721

To: *Matthew B. Cramer*
*BA-2144*
*Po Box 5004*
*Delano CA 93216*

RE: Pleadings and/or Correspondence received on: *1-24-19*

[ ] **CASE NUMBER:** The Eastern District case number could not be identified for the attached filing. You must write your case number on all documents submitted to the Court.

[ ] **FILING FEE:** The Filing fee of $400.00 was not received ($5.00 for Habeas petitions), nor was an Application to Proceed in Forma Pauperis. Enclosed is an Application to Proceed In Forma Pauperis along with your original documents. Please resubmit your documents with the completed application or filing fee.

[ ] **COPY WORK:** The Clerk's Office will provide copies of documents (in cases 2005- present) and of the docket sheet at $0.50 per page. Checks in the exact amount are payable to "Clerk, USDC." Please Note: In Forma Pauperis status does not include the cost of copies.

[ ] **NAME SEARCHES:** The Office of the Clerk requires a $30.00 charge, per name, to perform a records/name search. This fee must be paid in advance by check or money order to "Clerk, USDC." The search covers 1976 to present and includes civil, criminal, miscellaneous, and magistrate judge cases.

[ ] **CONFORMED COPIES:** The Court requires the original plus one copy of most pleadings. See Local Rule 133 (d) (2). If you wish to have conformed copy returned to you, you must file an original plus two copies and provide the Court with a self-addressed stamped envelope with the correct postage.

[ ] **CASE STATUS INQUIRIES:** The Court will notify you as soon as any action is taken in your case. Due to the large number of civil actions pending before the Court, THE CLERK IS UNABLE TO RESPOND IN WRITING TO INDIVIDUAL INQUIRIES REGARDING THE STATUS OF YOUR CASE. As long as you keep the Court apprised of your current address, you will receive all Court decisions which might affect the status of your case. If you have not submitted a document required in your case, the Court will notify you.

[ ] **DISCOVERY DOCUMENTS:** Pursuant to Local Rule 250.2 (c), Interrogatories, Responses and Proofs of Service shall not be filed with the Clerk of Court until there is a proceeding in which the Interrogatories, Responses, or Proofs of Service are AT ISSUE.

[ ] **LOCAL RULES:** The Eastern District of California Local Rules are available on the Court website at www.caed.uscourts.gov.

[ ] **LEGAL ADVICE:** The Court cannot give legal advice.

[ ] **EVIDENCE SUBMITTED:** The Court cannot serve as a storage for the parties' evidence. The parties may not file evidence with the Court until the course of litigation brings the evidence into question.

[ ]   **CHECKS SUBMITTTED TO THE COURT:** We are returning your check or money order for the
      following reason:

    [ ]   We have no record of your case.  Please return the funds with the appropriate case number, new
        complaint or petition.

    [ ]   Your check or money order is not complete.  Please return the check made payable to "Clerk,
        USDC" and the appropriate and exact amount for the item requested.

    [ ]   The Clerk's Office is not able to accept post-dated or altered checks.  Please return payment made
        with appropriately dated and/or unaltered check or money order.

[ ]   **REQUESTED FORMS:**  Your requested forms are enclosed.

[ ]   **DOCUMENTS NOT SUBMITTED IN ENGLISH:**  All documents submitted must be written in
      English.  Documents submitted in a language other than English cannot be translated.

[ ]   **MOTIONS:**  A document requesting a court order must be styled as a Motion, not a letter (see F.R.C.P 7).
      Letters to the judge will be disregarded.

[X]   **E-SERVICE:**  Pursuant to Standing Order of the Chief District Judge entitled "In Re: Procedural Rules
      for Electronic Submission Of Prisoner Litigation Filed By Plaintiffs Incarcerated at [Selected Institutions]",
      the document(s) cannot be filed because your institution participates in the e-service filing program with
      the Court.  Per the Standing Order, the document(s) is(are) returned unfiled and must be filed under E-
      Filing procedures.  When filing document under E-Filing procedures, please include this document
      ("Clerk's Notice") with the e-filing documents.

[ ]   ~~**SERVICE:**  The Court will notify you when it is time for service in your case.~~

[X]   **OTHER:**   *Give complaint to staff member.*

Thank you for your future attention to this matter.

_____          *1-24-19*
Deputy Clerk,                        Date

*(Revised April 2018)*

Scanned at CDCR and E-Mailed
on  *2/5/2019*  by  *J.C.*
   (date)      (initials)
Number of pages scanned:
    *39*

*RETURN FILED COPY TO INMATE*