UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW B. CRAMER, | No. 1:19-cv-00161-DAD-SKO |
| Plaintiff, | |
| v. | ORDER DISMISSING ACTION WITHOUT PREJUDICE DUE TO PLAINTIFF'S FAILURE TO COMPLY WITH A COURT ORDER AND FAILURE TO PAY FILING FEE |
| BARRY JONES, et al., | |
| Defendant. | |
| | (Doc. No. 14) |

Plaintiff Matthew B. Cramer is a state prisoner appearing *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 24, 2020, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's application to proceed *in forma pauperis* be denied pursuant to 28 U.S.C. § 1915(a) and (g) and that plaintiff be required to pay the $400.00 filing fee in full to proceed with this action. (Doc. No. 12.) On March 30, 2020, the undersigned adopted the findings and recommendations in full and ordered plaintiff to pay the filing fee within fourteen (14) days. (Doc. No. 14.) That order was served on plaintiff and contained a warning that if plaintiff failed to pay the filing fee within the specified time, the action would be dismissed. (*Id*.

at 2.)  To date, plaintiff has not paid the required filing fee or requested an extension of time to do so, and the deadline to pay the required filing fee has now passed.[1]

Accordingly,

1. This action is dismissed without prejudice due to plaintiff's failure to obey a court order and to pay the required filing fee; and

2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **June 23, 2021**

                                                  */s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

---

[1] On April 27, 2020, plaintiff filed a notice of appeal of this court's order denying his application to proceed *in forma pauperis*.  (Doc. No. 15.)  On December 16, 2020, the Ninth Circuit dismissed plaintiff's appeal for failure to prosecute.  (Doc. No. 19).